UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW JOHN HAUGAN, <br><br> Plaintiff, <br><br> vs. <br><br> ANGEL LUIS PADILLA, Sergeant at SDSP, in his individual capacity, <br><br> Defendant. | 4:24-CV-04133-RAL <br><br><br> ORDER DIRECTING PLAINTIFF TO RESPOND IF HE OPPOSES ENTRY OF SUMMARY JUDGMENT |

Plaintiff Matthew John Haugan, an inmate at the South Dakota State Penitentiary (SDSP), filed a pro se civil rights lawsuit under 28 U.S.C. § 1983. Doc. 1. This Court granted Haugan's motion for leave to proceed in forma pauperis and screened Haugan's complaint in accordance with 28 U.S.C. § 1915A. Doc. 8. Haugan's Eighth Amendment claim against defendant Angel Luis Padilla, in his individual capacity, survived 1915A screening, and this Court ordered service on Padilla. Id. at 9–10, 44.

Padilla was served, answered, and took the deposition of Haugan. Docs. 20, 22. Padilla on February 13, 2026, filed a Motion for Summary Judgment, Memorandum in Support of Motion for Summary Judgment, Statement of Undisputed Material Facts, and Affidavit attaching excerpts of Haugan's deposition. Docs. 35, 36, 37, 38. Haugan has not responded.

Under Local Rule 7.1, a party opposing a motion in a civil case has 21 days after service of the motion to respond. D.S.D. Civ. LR 7.1.B. Under Local Rule 56.1.B, a party opposing a motion for summary judgment must respond to each numbered paragraph in the moving party's

statement of material facts and must identify any material facts on which there exists a genuine material issue to be tried. D.S.D. Civ. LR 56.1.B.

Haugan's case survived initial screening, this Court detailed the law that governs his claims in the screening order, and the summary judgment motion turns largely on whether inmate Haugan's sexual relationship with Correctional Officer Padilla was truly consensual and thus not cruel and unusual punishment. This Court extended Haugan's time to respond and file any material opposing entry of summary judgment to April 6, 2026. Doc. 39. This Court also directed the Clerk of Court to mail Haugan a copy of Local Rule 56.1. Id.

Haugan has still not responded within the time set forth in the last order, and therefore, Padilla's statement of material facts will be taken as true under D.S.D. Civ. LR 56.1.B. This Court does not know if Haugan is even opposing entry of summary judgment as he has not responded to this Court's most recent order directing Haugan to respond to the motion. Haugan's claims were colorable and serious ones, and his silence after the filing of Padilla's motion for summary judgment leaves this Court unclear whether Haugan cares to proceed with the case. It is therefore

ORDERED that Haugan must file a statement with this Court on whether he opposes entry of summary judgment and whether he intends to continue to litigate the case by June 19, 2026. It is further

ORDERED that the Clerk of Court mail a copy of this order to Haugan.

DATED this 2nd of June, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE

2